## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the defendant's appearance and the safety of other persons or the community,

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(X) (7) The defendant is placed in the custody of
Person or organization **Tammy Lambert**
Address *(only if above is an organization)* **240 Fry Street**
City and state **Bryson City, NC** Phone Number *(only if above is an organization)* _____

who agrees (a) to supervise the defendant in accordance with all of the conditions of release, (b) to use every effort to assure the defendant's appearance at all scheduled court proceedings, and (c) to notify the court immediately if the defendant violates any condition of release or disappears.

Signed: **Tammy Lambert** 10/30/09
       Custodian or Proxy            Date

(X) (8) The defendant must:
(x) (a) report to the Office of Probation and Pretrial Services to the extent and in the manner that the agency determines to be appropriate.
( ) Administrative Supervision
( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

( ) (c) post with the court the following proof of ownership of the designated property, or the following amount or percentage of the above-described sum

( ) (d) execute a bail bond with solvent sureties in the amount of _____.
( ) (e) maintain or actively seek **employment**.
( ) (f) maintain or commence an **education** program.
(x) (g) surrender any **passport** to the Office of Probation and Pretrial Services.
(x) (h) obtain no **passport**
(x) (i) abide by the following restrictions on **personal association, place of abode, or travel**: **FROM DETENTION CENTER TO MCLEOD CENTER FOR CHAMPS PROGRAM,** Travel only in the Western District of North Carolina or travel as approved by the Office of Probation and Pretrial Services. Have no contact with anyone involved in unlawful use, possession or trafficking of drugs or any other unlawful conduct. **THEN RETURN FROM PROGRAM BACK TO DETENTION CENTER ON THE MOST DIRECT ROUTE.**
(x) (j) avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to:
co-defendants. **ALLOWED TO BE IN PRESENCE OF CODEFENDANTS THAT ARE AT THE CHAMPS PROGRAM.**
( ) (k) undergo **medical or psychiatric treatment** or remain in an institution as follows:_____
( ) (l) return to custody each (week) day at: __ o'clock after being released each (week) day at: __ o'clock for employment, schooling, or the following purpose(s):_____
( ) (m) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
(x) (n) refrain from possessing a **firearm, destructive device, or other dangerous weapons**.
(x) (o) refrain from (x) any ( ) excessive use of **alcohol**.
(x) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

FILED
ASHEVILLE, N.C.

NOV 02 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

Nov 2, 2009
Pursuant to information provided by Robert Furrson USPO by telephone on the morning of Nov 2, 2009 which revealed the defendant had violated the courts instructions concerning release, this order releasing the defendant is revoked pending further proceedings. Dennis L. Howell