IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:09-CR-29-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JONATHAN THAD LACKEY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER coming on to be heard before the undersigned, pursuant to a motion filed by defendant's counsel entitled "Motion for Pretrial Release" (#64).

# ORDER

**IT IS, THEREFORE, ORDERED** that the "Motion for Pretrial Release" (#64) is hereby **DENIED.** Findings of fact regarding the hearing of this motion and conclusions are set forth in an Order of Detention which is being entered herewith.

Signed: December 29, 2009

Dennis L. Howell
United States Magistrate Judge