IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL CASE NO. 2:09cr29-3

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JONATHAN THAD LACKEY. | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Extend Plea Deadline [Doc. 76].

For the reasons stated in the motion, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Extend Plea Deadline [Doc. 76] is hereby **GRANTED** and the Defendant may file a plea agreement on or before Friday, January 15, 2010.

Signed: January 5, 2010

Martin Reidinger
United States District Judge